**WINDY CITY INNOVATIONS, LLC, Plaintiff–Appellant,**

v.

**AMERICA ONLINE, INC. (now known as AOL LLC), Defendant–Appellee.**

**Nos. 2006–1454, 2006–1475.**

United States Court of Appeals, Federal Circuit.

April 3, 2007.

*ORDER*

Upon consideration of the parties' joint motion to remand this case to the United States District Court for the Northern District of Illinois for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**IMMERSION CORPORATION, Plaintiff/Defendant– Appellee,**

v.

**SONY COMPUTER ENTERTAIN- MENT AMERICA INC. and Sony Computer Entertainment Inc., Defen- dants/Claimants–Appellees,**

v.

**Internet Services, LLC, Cross Defendant/Cross Claimant– Appellant.**

**No. 2005–1358.**

United States Court of Appeals, Federal Circuit.

April 3, 2007.

**ORDER**

The order of dismissal and the mandate dated 03/14/2007 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.